United States District Court
Eastern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMAL BAKHRONOV,

          Petitioner,

    v.

WARDEN, GOLDEN STATE ANNEX, *et al.*,

          Respondents.

Case No. 1:26-cv-04342-NW

**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: ECF Nos. 1, 3

The Court has reviewed Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 3). The issues raised therein appear to mirror those previously addressed by the Court in many prior cases. *See Alauddin v. Chestnut*, No. 1:26-CV-03541 (AMO), 2026 WL 1346863 (E.D. Cal. May 14, 2026); *Ozturk v. Lyons*, No. 1:26-CV-03484 (VC), 2026 WL 1354540 (E.D. Cal. May 14, 2026); *Zheng v. Warden*, No. 1:26-CV-03533 (EJD), 2026 WL 1354477 (E.D. Cal. May 14, 2026).

On or before June 10, 2026, Respondents are ordered to show cause as to whether there are any factual or legal issues in this case that render it distinct from the Courts' prior orders in the cases listed above and would justify denial of a preliminary injunction. Respondents should also state whether they oppose this Court converting the Motion for Temporary Restraining Order to a Motion for Preliminary Injunction and/or ruling directly on the underlying Petition. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition, and any portions of the Petitioner's criminal record to the extent one exists.

Petitioner may file a reply on or before June 11, 2026.

Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the TRO and Petition are pending. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

Dated: June 8, 2026

Noël Wise
United States District Judge

United States District Court
Eastern District of California

2